IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 09-83 |
| | ) | |
| DAVID RILEY | ) | |

ORDER

AND NOW, to wit, this 3rd day of July, 2009, upon consideration of the Motion to Seal Defendant's Motion for Revocation of Order of Detention, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Defendant's Motion for Revocation of Order of Detention and accompanying exhibits (Docs. 24, 24-2 and 24-3) are HEREBY SEALED until further order of Court.

_____
UNITED STATES DISTRICT JUDGE