IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 09-83 |
| | ) | |
| DAVID RILEY | ) | |

ORDER

AND NOW, to wit, this 16th day of July, 2009, upon consideration of the Government's Motion to Seal Government's Response to Defendant's Motion for Revocation of Order of Detention, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Government's Response to Defendant's Motion for Revocation of Order of Detention shall be filed under SEAL.

_____
UNITED STATES DISTRICT JUDGE