IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          Criminal No. 09-083
                                  )
DAVID RILEY                       )

## O R D E R

AND NOW, to wit, this 23rd day of June, 2011, the within
motion is granted, and it is hereby ORDERED that the Indictment
filed at Criminal No. 09-083, charging David Riley, be and the same
is hereby dismissed.

GARY L. LANCASTER
Chief United States District Judge

cc:  Defense Counsel
     U.S. Attorney
     U.S. Marshals
     Pretrial Services